UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, <u>on behalf of himself and all other persons similarly situated</u>,

          Plaintiff,

-v-

SUPER TRAINING PRODUCTS INC.,

          Defendant.

CIVIL ACTION NO. 25 Civ. 4212 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have notified the Court that they have reached a settlement in principle. (<u>See</u> Dkt. No. 19). In light of the parties' settlement, the Telephone Conference scheduled for today, October 3, 2025, at 2:00 p.m. ET, is **CANCELLED**.

Dated:     New York, New York
             October 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**