UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, <u>on behalf of himself and all other persons similarly situated</u>,

                Plaintiff,

-v-

SUPER TRAINING PRODUCTS INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 4212 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 3, 2025, Plaintiff's counsel filed a Notice of Settlement informing the Court that the parties have reached a settlement in principle. (Dkt. No. 19). In light of the parties' settlement, the Honorable Analisa Torres issued an Order of Dismissal. (Dkt. No. 20). On November 14, 2025, Plaintiff's counsel filed a Notice of Voluntary Dismissal, which the Clerk of Court marked as deficient. (Dkt. No. 22; Dkt. Entry on Nov. 17, 2025). Given that Defendant filed an answer in this case (Dkt. No. 14), Plaintiff is required to file a Stipulation of Voluntary Dismissal executed by both parties, not a Notice of Voluntary Dismissal. Accordingly, on or before **November 24, 2025**, Plaintiff shall file a Stipulation of Voluntary Dismissal executed by both parties.

Dated:    New York, New York
           November 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judg**