UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, <u>on behalf of himself and all other persons similarly situated</u>,

                Plaintiff,

-v-

SUPER TRAINING PRODUCTS INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 4212 (AT) (SLC)

<u>**ORDER**</u>

**SARAH L. CAVE,** United States Magistrate Judge.

On November 17, 2025, the Court ordered Plaintiff to file a Stipulation of Voluntary Dismissal ("SoD") executed by both parties. (Dkt. No. 24). On the same day, Plaintiff filed a SoD executed by both parties. (Dkt. No. 23). Accordingly, we deem the SoD sufficient. Pursuant to the Honorable Analisa Torres' Order of Dismissal at Dkt. No. 20, this case is closed.

Dated:    New York, New York
             November 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judg**